1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK ANTHONY SCOTT,

11          Plaintiff,                    No. CIV S-08-0117 LKK JFM P

12      vs.

13   VALERIE GALLOWAY, R.N., et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  Plaintiff has now filed a second amended complaint.

18          The second amended complaint states a cognizable claim for relief pursuant to 42

19   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended complaint

20   are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Service is appropriate for the following defendants:  Valerie Galloway, R.N.,

23   Dr. Haile Bethlehem and Dr. Saukhla Narinde.

24          2.  The Clerk of the Court shall send plaintiff three USM-285 forms, one

25   summons, an instruction sheet and a copy of the second amended complaint filed March 13,

26   2008.

1    3.  Within thirty days from the date of this order, plaintiff shall complete the

2  attached Notice of Submission of Documents and submit the following documents to the court:

3    a.  The completed Notice of Submission of Documents;

4    b.  One completed summons;

5    c.  One completed USM-285 form for each defendant listed in number 1

6    above; and

7    d. Four copies of the endorsed second amended complaint filed March 13,

8    2008.

9    4.  Plaintiff need not attempt service on defendants and need not request waiver of

10  service.  Upon receipt of the above-described documents, the court will direct the United States

11  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

12  without payment of costs.

13  DATED:  March 31, 2008.

14

15    _____

16    UNITED STATES MAGISTRATE JUDGE

17  /001; scot0117.1am

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK ANTHONY SCOTT,

11          Plaintiff,                    No. CIV S-08-0117 LKK JFM P

12      vs.

13   VALERIE GALLOWAY, R.N., et al.,           NOTICE OF SUBMISSION

14          Defendants.                      OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____        completed summons form

19          _____        completed USM-285 forms

20          _____        copies of the _____
                                     Second Amended Complaint

21   DATED:

22

23                                _____

24                                Plaintiff

25

26