IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SCOTT,

    Plaintiff,                    No. CIV S-08-0117 LKK JFM P

    vs.

JOSEPH BICK, M.D. et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2008, plaintiff filed a motion to add page two of the third level appeal to the second amended complaint. Defendants have not objected. Good cause appearing, the page appended to plaintiff's August 28, 2008 will be considered part of the second amended complaint. The court has reviewed this document in connection with the motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August 28, 2008 motion (#13) is granted; the second page of the third level appeal response is considered part of the second amended complaint.

DATED: January 29, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; scot0117.ex