IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SCOTT,

    Plaintiff,      No. 2:08-cv-0117 LKK JFM (PC)

    vs.

DR. BETHLEHEM HAILE AND
DR. NARINDER SAUKHLA,

    Defendants.      <u>ORDER</u>

                                        /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On March 10, 2009, defendants' motion to dismiss Dr. Haile and Dr. Saukhla was denied and defendant Galloway was dismissed. <u>Id.</u> Good cause appearing, defendants shall file an answer within ten days from the date of this order. At that time, the court will issue a scheduling order. Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order, defendants Dr. Haile Bethlehem and Dr. Saukhla Narinde shall file an answer, and the Clerk of the Court shall change the caption of this case as set forth above.

DATED: March 12, 2009.

                                              /s/ John F. Moulds
                                        UNITED STATES MAGISTRATE JUDGE

/001; scot0117.ans