IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SCOTT,

    Plaintiff,                    No. CIV S-08-0117 LKK JFM P

    vs.

JOSEPH BICK, M.D. et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2009, plaintiff filed a pretrial statement. On August 26, 2009, plaintiff filed a motion to add additional documents to the pretrial statement.

        However, plaintiff's pretrial statement was prematurely filed. By order filed April 2, 2009, deadlines for discovery and dispositive motions were set. Id. The parties were advised that pretrial conference and trial dates would be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion. Id. at 6. Findings and recommendations on defendants' motion for summary judgment are pending before the district court. The court has not yet set a deadline by which the parties are required to file pretrial statements.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 26, 2009 motion (#25) is denied without prejudice and the August 6, 2009 pretrial statement will be held in the court file and disregarded.

DATED: December 10, 2009.

_UNITED STATES MAGISTRATE JUDGE_

/001; scot0117.pts